Marc M. Seltzer (54534)
David H. Orozco (220732)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
dorozco@susmangodfrey.com

Joseph S. Grinstein (TX 24002188 *pro hac vice* to be filed)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jgrinstein@susmangodfrey.com

Attorneys for Plaintiff Hemopet

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| HEMOPET,<br><br>             Plaintiff,<br><br>vs.<br><br>HILL'S PET NUTRITION, INC.,<br><br>             Defendant. | Case No. SACV 12-01908-(JST-JPRx)<br><br>**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>JURY TRIAL DEMANDED |

Plaintiff Hemopet files this First Amended Complaint for patent infringement against Defendant Hill's Pet Nutrition Inc. ("Defendant"). Plaintiff Hemopet alleges:

2552131v1/013345

**THE PARTIES**

1.       Hemopet is a 501(c)(3) organization duly organized and existing under the laws of California with its principal place of business in Garden Grove, California.

2.       Hemopet is the assignee and owner of four patents at issue in this action, U.S. Patent Nos. 7,865,343, 8,060,354, 8,224,587 and 8,234,099.

3.       Hemopet is informed and believes, and on that basis alleges, that Hill's Pet Nutrition Inc. ("Hill's") is a Delaware corporation with its principal place of business at 400 SW 8th Ave., Topeka, KS 66603-3925.

**JURISDICTION AND VENUE**

4.       This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

5.       Venue is proper in this federal district pursuant to 28 U.S.C. §§ 1391(b)-(c) and 1400(b) because plaintiff Hemopet is a 501(c)(3) organization located in Orange County, California, with its principal place of business in Garden Grove, California.

6.       Defendant has done business in this District, has sold products made with infringing systems and methods in this District, and continues to sell products made with infringing methods in this District, entitling Hemopet to relief.

**INFRINGEMENT OF U.S. PATENT NO. 7,865,343**

7.       On January 4, 2011, United States Patent No. 7,865,343 (the "'343 patent") was duly and legally issued for an invention entitled "Method of Analyzing Nutrition for a Canine or Feline Animal." Hemopet was assigned the '343 patent and continues to hold all rights and interest in the '343 patent. A true and correct copy of the '343 patent is attached hereto as Exhibit A.

8.       Hill's has infringed and continues to infringe the '343 patent by its manufacture, use, sale, importation, and/or offer for sale of its products and services

2

1    utilizing Hill's Active Ingredient Identification Method (AIM) process and Hill's
2    Prescription Diet r/d and j/d products.  Hill's is liable for its infringement of the
3    '343 patent pursuant to 35 U.S.C. § 271.

4        9.    Defendant Hill's acts of infringement have caused damage to
5    Hemopet, and Hemopet is entitled to recover from Hill's the damages sustained by
6    Hemopet as a result of Defendant's wrongful acts in an amount subject to proof at
7    trial.  Defendant's infringement of Hemopet's exclusive rights under the '343
8    patent will continue to damage Hemopet, causing irreparable harm for which there
9    is no adequate remedy at law, unless enjoined by this Court.

10                  **INFRINGEMENT OF U.S. PATENT NO. 8,060,354**

11       10.   On November 15, 2011, United States Patent No. 8,060,354 (the "'354
12   patent") was duly and legally issued for an invention entitled "System and Method
13   for Determining a Nutritional Diet for a Canine or Feline Animal."  Hemopet was
14   assigned the '354 patent and continues to hold all rights and interest in the '354
15   patent.  A true and correct copy of the '354 patent is attached hereto as Exhibit B.

16       11.   Hill's has infringed and continues to infringe the '354 patent by its
17   manufacture, use, sale, importation, and/or offer for sale of its products and services
18   utilizing Hill's Active Ingredient Identification Method (AIM) process and Hill's
19   Prescription Diet r/d and j/d products.  Hill's is liable for its infringement of the
20   '354 patent pursuant to 35 U.S.C. § 271.

21       12.   Defendant's acts of infringement have caused damage to Hemopet,
22   and Hemopet is entitled to recover from Defendant the damages sustained by
23   Hemopet as a result of Defendant's wrongful acts in an amount subject to proof at
24   trial.  Defendant's infringement of Hemopet's exclusive rights under the '354
25   patent will continue to damage Hemopet, causing irreparable harm for which there
26   is no adequate remedy at law, unless enjoined by this Court.

27

28

2552131v1/013345

3

## INFRINGEMENT OF U.S. PATENT NO. 8,224,587

13.   On July 17, 2012, United States Patent No. 8,224,587 (the "'587 patent") was duly and legally issued for an invention entitled "Method and System for Determining a Nutritional Diet for a Canine or Feline Animal." Hemopet was assigned the '587 patent and continues to hold all rights and interest in the '587 patent. A true and correct copy of the '587 patent is attached hereto as Exhibit C.

14.   Hill's has infringed and continues to infringe the '587 patent by its manufacture, use, sale, importation, and/or offer for sale of its products and services utilizing Hill's Active Ingredient Identification Method (AIM) process and Hill's Prescription Diet r/d and j/d products. Hill's is liable for its infringement of the '587 patent pursuant to 35 U.S.C. § 271.

15.   Defendant's acts of infringement have caused damage to Hemopet, and Hemopet is entitled to recover from Defendant the damages sustained by Hemopet as a result of Defendant's wrongful acts in an amount subject to proof at trial. Defendant's infringement of Hemopet's exclusive rights under the '587 patent will continue to damage Hemopet, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court.

## INFRINGEMENT OF U.S. PATENT NO. 8,234,099

16.   On July 31, 2012, United States Patent No. 8,234,099 (the "'099 patent") was duly and legally issued for an invention entitled "Computer Program for Determining a Nutritional Diet Product for a Canine or Feline Animal." Hemopet was assigned the '099 patent and continues to hold all rights and interest in the '099 patent. A true and correct copy of the '099 patent is attached hereto as Exhibit D.

17.   Hill's has infringed and continues to infringe the '099 patent by its manufacture, use, sale, importation, and/or offer for sale of its products and services utilizing Hill's Active Ingredient Identification Method (AIM) process and Hill's

4

1  Prescription Diet r/d and j/d products.  Hill's is liable for its infringement of the

2  '099 patent pursuant to 35 U.S.C. § 271.

3       18.    Defendant's acts of infringement have caused damage to Hemopet,

4  and Hemopet is entitled to recover from Defendant the damages sustained by

5  Hemopet as a result of Defendant's wrongful acts in an amount subject to proof at

6  trial.  Defendant's infringement of Hemopet's exclusive rights under the '099

7  patent will continue to damage Hemopet, causing irreparable harm for which there

8  is no adequate remedy at law, unless enjoined by this Court.

9  **WILLFUL INFRINGEMENT**

10       19.    Upon information and belief, the Defendant's infringement of any or

11  all of the above-named patents is willful and deliberate, entitling Hemopet to

12  increased damages under 35 U.S.C. § 284 and to attorney's fees and costs incurred

13  in prosecuting this action under 35 U.S.C. § 285.

14       20.    Hill's had prior knowledge of the patented technology because it was

15  cited in one of Hill's own patent applications.  Hill's cited the parent patents, U.S.

16  Patent Nos. 6,730,023, and 6,287,254, to the patents in suit to the Examiner during

17  the prosecution of Patent Application No. 11/469,565.   In addition, Hemopet

18  provided notice of at least two of the patents, U.S. Patents 7,865,343 and 8,060,354,

19  to Hill's and/or Hill's corporate parent.

20  **JURY DEMAND**

21       21.    Hemopet demands a trial by jury on all issues.

22  **PRAYER FOR RELIEF**

23       WHEREFORE, Plaintiff Hemopet requests entry of judgment in its

24  favor and against Defendant Hill's as follows:

25       a)    Declaration that Hill's has infringed directly, and/or indirectly, U.S.

26  Patent Nos. 7,865,343, 8,060,354, 8,224,587, and 8,234,099;

27       b)    Permanently enjoining Hill's and their respective officers, agents,

28  employees, and those acting in privity with them, from further infringement,

5

1   contributory infringement and/or inducing infringement of U.S. Patent Nos.
2   7,865,343, 8,060,354, 8,224,587, and 8,234,099;

3       c)   Awarding the damages arising out of Hill's infringement of U.S.
4   Patent Nos. 7,865,343, 8,060,354, 8,224,587, and 8,234,099, including enhanced
5   damages pursuant to 35 U.S.C. § 284 together with prejudgment and post-judgment
6   interest, in an amount according to proof;

7       d)   An award of attorney's fees pursuant to 35 U.S.C. § 285 or as
8   otherwise permitted by law; and

9       e)   For such other costs and further relief as the Court may deem just and
10   proper.

11
12   Dated: January 16, 2013          MARC M. SELTZER
          DAVID H. OROZCO
13             JOSEPH S. GRINSTEIN
          SUSMAN GODFREY L.L.P.
14
15
          By: _____
16             David H. Orozco
          Attorneys for Plaintiff Hemopet
17
18
19
20
21
22
23
24
25
26
27
28

6

**EXHIBIT A**

# EXHIBIT A

US007865343B2

(12) **United States Patent**     (10) **Patent No.:**     **US 7,865,343 B2**
Dodds                             (45) **Date of Patent:**     ***Jan. 4, 2011**

(54) **METHOD OF ANALYZING NUTRITION FOR A CANINE OR FELINE ANIMAL**

(76) Inventor: **W. Jean Dodds**, 938 Stanford St., Santa Monica, CA (US) 90403

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/355,721**

(22) Filed: **Jan. 16, 2009**

(65) **Prior Publication Data**

US 2009/0132465 A1     May 21, 2009

**Related U.S. Application Data**

(60) Division of application No. 10/635,707, filed on Aug. 5, 2003, now Pat. No. 7,548,839, which is a continuation-in-part of application No. 09/419,192, filed on Oct. 15, 1999, now Pat. No. 6,730,023, and a continuation-in-part of application No. 09/432,851, filed on Nov. 2, 1999, now Pat. No. 6,287,254.

(60) Provisional application No. 60/403,203, filed on Aug. 12, 2002.

(51) **Int. Cl.**
*G06G 7/48*     (2006.01)
*G01N 33/48*     (2006.01)

(52) **U.S. Cl.** .......................................... **703/11**; 702/19

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,995,019 A | 11/1976 | Jerome |
| 5,691,157 A | 11/1997 | Gong et al. |
| 5,817,025 A | 10/1998 | Alekseev et al. |
| 5,830,709 A | 11/1998 | Benson et al. |
| 5,911,687 A | 6/1999 | Sato et al. |
| 5,954,640 A | 9/1999 | Szabo |
| 6,018,786 A | 1/2000 | Krick et al. |
| 6,063,028 A | 5/2000 | Luciano |
| 6,081,786 A | 6/2000 | Barry et al. |
| 6,135,055 A | 10/2000 | Pratt |
| 6,136,055 A | 10/2000 | Stanek |
| 6,156,355 A | 12/2000 | Shields, Jr. et al. |
| 6,218,122 B1 | 4/2001 | Friend et al. |
| 6,232,522 B1 | 5/2001 | Harley et al. |
| 6,287,254 B1 | 9/2001 | Dodds |
| 6,358,546 B1 * | 3/2002 | Bebiak et al. ............... 426/232 |
| 6,493,641 B1 * | 12/2002 | Singh et al. ................... 702/32 |
| 6,537,213 B2 | 3/2003 | Dodds |
| 6,730,023 B1 | 5/2004 | Dodds |
| 7,029,441 B2 | 4/2006 | Dodds |
| 7,134,995 B2 | 11/2006 | Dodds |
| 7,296,537 B2 | 11/2007 | Burghardi et al. |
| 2002/0022772 A1 | 2/2002 | Dodds |
| 2003/0135096 A1 | 7/2003 | Dodds |
| 2003/0233984 A1 | 12/2003 | van de Ligt et al. |

| | | |
|---|---|---|
| 2005/0090718 A1 | 4/2005 | Dodds |
| 2006/0045909 A1 | 3/2006 | Friesen et al. |
| 2006/0064250 A1 | 3/2006 | Goldstein |
| 2006/0200320 A1 | 9/2006 | Al-Murrani |
| 2007/0118295 A1 | 5/2007 | Al-Murrani |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO 99-67642 A2 | | 12/1999 |
| WO | WO/2001/028415 | * | 4/2001 |
| WO | WO 01/69487 A1 | | 9/2001 |
| WO | WO 2004/113570 A2 | | 12/2004 |

OTHER PUBLICATIONS

Harrison et al., The Journal of Nutrition, 1987, vol. 117, p. 376-382.*
Dodds (Veterinary Practice, 1992, vol. 4, No. 2, p. 25-31).*
Hetzel et al. (The Journal of Nutrition, 1989, vol. 119: 145-151).*
Williams et al. (Nucleic Acids Research, 1990, vol. 18, No. 22, p. 6531-6535).*
Dodds (Advances in Veterinary Science and Comparative Medicine, 1995, vol. 39, p. 29-95).*
Cunningham (The American Journal of Clinical Nutrition; 1982; 35: 1202-1210).*
Swanson, et al., "Nutritional Genomics: Implication for Companion Animals", The American Society for Nutritional Sciences, (2003) J. Nutr. 133:3033-3040 (18 pages).
Swanson, et al., "Diet Affects Nutrient Digestibility, Hematology, and Serum Chemistry of Senior and Weanling Dogs", Journal of American Science, (2004) J. Anim. Sci. 2004. 82:1713-1724 (19 pages).
Kato, et al., "A Perspective on DNA Microarray Technology in Food and Nutritional Science", Current Opinion in Clinical Nutrition and Metabolic Care, (2005) 8:516-522 (7 pages).
Spielbauer, et al., "Impact of Microarray Technology in Nutrition and Food Research", (2005) Mol. Nutr. Food Res., 49, 908-917 (10 pages).
Swanson, et al., "Canine Nutritional Model: Influence of Age, Diet, and Genetics on Health and Well-Being", Current Nutrition & Food Science, vol. 2, No. 2, May 2006, pp. 115-126(12) (1 page).

(Continued)

*Primary Examiner*—Marjorie Moran
*Assistant Examiner*—Pablo Whaley

(57)     **ABSTRACT**

Selecting the nutrition for an animal or animal group comprises performing a diagnostic test to obtain first data. A data base that comprises first data relating a genomic analysis of a bodily fluid or tissue sample from an animal to a physiological condition and optionally the genotype of the animal is accessed. A data base that comprises second data relating to effects of nutrition on genomic analysis is accessed. The first and second data are processed with input data defining the physiological condition and optionally the genotype of the animal or animal group to derive the nutrition for an animal or animal group.

**13 Claims, 18 Drawing Sheets**

US 7,865,343 B2

Page 2

## OTHER PUBLICATIONS

Kristen McNutt, PhD., J.D., The Individualized Prescriptive Foods Era Has Dawned, Nutrition Today, May/Jun. 1993, pp. 43-47, USA.

M.F. Bottcher, M.F. et al., "Total and allergen-specific immunoglobulin A levels in saliva in relation to the development of allergy in infants up to 2 years of age" Clin. Exp. Allergy Sep. 2002, vol. 32, No. 9, pp. 1293-1298.

A.P. Foster et al., "Serum IgE and IgG responses to food antigens in normal and atopic dogs, and dogs with gastrointestinal disease" Vet. Immunol. Immunopathol. May 2003, vol. 92, pp. 113-124.

M.J. Day et al. "The Canine Model of Dietary Hypersensitivity" Proc. Nutr. Soc. Nov. 2005, vol. 64, No. 4, pp. 458-464.

R. Wolter "La nutrition de l'animal de sport" Laboratoire de Nutrition sportive (INRA) Ecole Nationale Veterinaire d'Alfort, Science & Sports 2, (1987) p. 63-93.

E. Wainfan & L. Poirier "Methyl Groups in Carcinogenesis: Effects on DNA Methylation and Gene Expression" Cancer Research (Suppl.,) 52, 2071s-2077s, Apr. 1992.

* cited by examiner



FIG. 1



FIG. 2



*FIG. 3*

U.S. Patent      Jan. 4, 2011      Sheet 4 of 18      US 7,865,343 B2



FIG. 4

Case 8:12-cv-01908-JLS-JPR   Document 19   Filed 01/16/13   Page 15 of 30   Page ID #:206





FIG. 6

FIG. 7





FIG. 8

*FIG. 9*

FIG. 10

ANTECH DIAGNOSTICS 17672-A Cowan Avenue Irvine CA 92614  Phone: 800-745-4725

**Hemopet**                                                    Client # 20073
11330 Markon Drive                                            Chart #
Garden Grove, CA 92841
Tel: 714-891-2022
Fax: 714-891-2123

| Accession No. | Doctor | Owner | Pet Name | Received |
|---|---|---|---|---|
| IRAB34070210 | CASE | BERKSHIRE | GIPPER | 07/07/2002 |
| Species | Breed | Sex | Pet Age | Reported |
| Canine | Golden Retriever | CM | 3Y | 07/08/2002 12:50 PM |

| Test Requested | Results | Reference Range | Units |
|---|---|---|---|
| **T3 (RIA)** | | | |
| T3 (RIA) | 118 | 45-150 | ng/dL |
| **T4 (RIA)** | | | |
| T4 (RIA) | 2.58 | 1.0-4.0 | μg/dL |
| **FREE T3** | | | |
| Free T3 | 4.2 | 3.0-8.0 | pg/mL |
| **FREE T4 (RIA)** | | | |
| Free T4 (RIA) | 2.40 | 0.65-3.00 | ng/dL |
| **T3 AUTOANTIBODIES** | | | |
| T3 Autoantibodies | 1.0 | Less Than 2.0 | |
| **T4 AUTOANTIBODIES** | | | |
| T4 Autoantibodies | 0.7 | Less Than 2.0 | |
| **PARVOVIRUS VACCINE TITER (STANDARD)** | | | |
| Parvovirus Vaccine Titer | 1:5 | | TITER |

A titer of 1:5 or greater, with no clinical signs, indicates
immunologic response to vaccination.  A titer of less than 1:5
indicates poor immunologic response to vaccination.

**DISTEMPER VACCINE TITER (STANDARD)**

| Distemper, IgG | 1:5 | | TITER |
|---|---|---|---|

A titer of 1:5 or greater, with no clinical signs, indicates
immunologic response to vaccination.  A titer of less than 1:5
indicates poor immunologic response to vaccination.

THYROGLOBULIN AUTOANTIBODIES (Pending)

*FIG. 11*

Case 8:12-cv-01908-JLS-JPR   Document 19   Filed 01/16/13   Page 22 of 30   Page ID #:213



FIG. 12

**U.S. Patent**          Jan. 4, 2011          Sheet 13 of 18          US 7,865,343 B2

tstsub.htm



### TEST REQUEST SUBMISSION FORM

W. Jean Dodds, DVM

**HEMOPET** 11330 Markon Drive, Garden Grove, CA 92841  *Please Note: New Address & Phone Number*

**PHONE:** 714/ 891-2022  *FAX:* 714/ 891-2123

(DR. DODDS/HEMOPET:  ANTECH ACCT. #20073)

Date: _____

Veterinarian/ Clinic: _____

  Address: _____

    City: _____ State: _____ Zip: _____

    Phone: _____ Fax: _____

Client: _____

  Address: _____

    City: _____ State: _____ Zip: _____

    Phone:_/_____  Fax: _____

ANIMAL INFORMATION: Canine *Gold Ret* Feline _____   Equine _____   Other _____

Pet Name:_____  Breed: _Al____   F ___ M ✓ Altered: Yes ✓ No ___

Date of Birth: *12/28/98*   Weight: *78*

Brief History & Reason For Test: *MAY 9/10 ☞ INFLAMMATORY THYROIDITIS*

*IRAB32024700  5/4/02*

(Check test or tests desired and enclose appropriate fees)

| Tests: | Cost: |
|---|---|
| ___ Thyroid Antibody Profile (D8T) Profile | $ 37.50 |
| (If on therapy, what dose and how many hours post-pill?) | |
| -- ADD ON TSH to D8T | $ 19.00 |
| ____ -- ADD ON TgAA to D8T | $ 17.00 |
| ____ von Willebrand Test (vWD) | $ 33.00 |
| ____ Profile 6400 (Thyroid & vWD) | $ 56.50 |
| ____ Profile 7200 (CBC, Differential, Superchem & Thyroid Antibody Profile) | $ 59.50 |
| ____ Profile SA150 (7122) Distemper  & Parvo Vaccine Titers | $ 28.00 |

http://www.itsfortheanimals.com/TSTSUB.HTM

*Handwritten annotations: CNS for Rabies / copied / Thyroxine .7mg bid. / LAST PILL 4:35AM 7-5-02 / CHECK SENT Byowner: / PAID 7/6/02 / CHECK # 7004 / Amount $160.00*

*FIG. 13*

ANTECH DIAGNOSTICS 17672-A Cowan Avenue Irvine CA 92614  Phone: 800-745-4725

**Hemopet**
11330 Markon Drive
Garden Grove, CA 92841
Tel: 714-891-2022
Fax: 714-891-2123

*Retest*
*IRAB32024700*
*5/4/02*

Client # 20073
Chart #

*5 hrs post-pill Thyroxine*
*0.7 mg BID*

| Accession No. | Doctor | Owner | Pet Name | Received |
|---|---|---|---|---|
| IRAB34070210 | CASE | BERKSHIRE | GIPPER | 07/07/2002 |

| Species | Breed | Sex | Pet Age | Reported |
|---|---|---|---|---|
| Canine | Golden Retriever *78 lbs* | CM | 3YRS 7 mo | 07/08/2002 12:50 PM |

| Test Requested | Results | Reference Range | Units |
|---|---|---|---|
| **T3 (RIA)** | | | |
| T3 (RIA) | 118 | 45-150 | ng/dL |
| **T4 (RIA)** | | | |
| T4 (RIA) | 2.58 | 1.0-4.0 | µg/dL |
| **FREE T3** | | | |
| Free T3 | 4.2 | 3.0-8.0 | pg/mL |
| **FREE T4 (RIA)** | | | |
| Free T4 (RIA) | 2.40 | 0.65-3.00 | ng/dL |
| **T3 AUTOANTIBODIES** | | | |
| T3 Autoantibodies | 1.0 | Less Than 2.0 | |
| **T4 AUTOANTIBODIES** | | | |
| T4 Autoantibodies | 0.7 | Less Than 2.0 | |
| **PARVOVIRUS VACCINE TITER (STANDARD)** | | | |
| Parvovirus Vaccine Titer | 1:5 | *ADEQUATE LEVEL* | TITER |

A titer of 1:5 or greater, with no clinical signs, indicates
immunologic response to vaccination.  A titer of less than 1:5
indicates poor immunologic response to vaccination.

| | | | |
|---|---|---|---|
| **DISTEMPER VACCINE TITER (STANDARD)** | | | |
| Distemper, IgG | 1:5 | | TITER |

A titer of 1:5 or greater, with no clinical signs, indicates
immunologic response to vaccination.  A titer of less than 1:5
indicates poor immunologic response to vaccination.

→ THYROGLOBULIN AUTOANTIBODIES (Pending)

*7/8/02*

*Dear colleague:  T4 looks low here but rest is adequate.*

| Adult Optimal Levels | T4 3-5 µg/dl | FT4 1-3 ng/dl | T4AA < 2.0 |
|---|---|---|---|
| | T3 50-150 ng/dl | FT3 3-8 pg/ml | T3AA < 2.0 |

*2*

X     Optimal therapeutic response levels should be in the upper 1/3 to 25% above the upper     limits
of the resting optimal ranges at 4-6 hours post-BID thyroid medication.

*unless TgAA remains as high as 5/4/02*

X     Thyroid levels are fine at the current dose. Recommend annual retesting.     *(>4000!)*

☐     Thyroid levels are too high.  Recommend reducing current dosage of thyroid supplement by ____
(e.g. _____ mg BID), and retest after another 4-6 weeks.

*FIG. 14A*

**U.S. Patent**          Jan. 4, 2011          Sheet 15 of 18          US 7,865,343 B2

| Accession No.<br>IRAB34070210 | Doctor<br>CASE | Owner<br>BERKSHIRE | Pet Name<br>GIPPER | |
|---|---|---|---|---|
| **Test Requested** | | **Results** | **Reference Range** | **Units** |

☐     Thyroid levels are too low.  Recommend increasing current dosage of thyroid supplement by
_____ (e.g. _____ mg BID), and retest after another 4-6 weeks.

*W Jean Dodds, DVM*

**Vaccine Titer Serology**

X     Serologic/vaccine titers for distemper and parvovirus show <u>adequate</u>
<u>humoral  immunity</u>  indicating that this dog should respond with a boosted
anamnestic response to afford protection against these agents upon exposure.

X     Recheck serologic/vaccine titers annually.

*W Jean Dodds, DVM*

FIG.  14B

| Adult Optimal Levels | T4 2-4 $\mu$g/dl | FT4 1-3 ng/dl | T4AA < 2.0 |
| --- | --- | --- | --- |
| | T3 50-150 ng/dl | FT3 3-8 pg/ml | T3AA < 2.0 |

☐   Thyroid levels are adequate, borderline normal, very good, or excellent.

☐   Recommend annual retesting during anestrus.

☐   Thyroid results are borderline normal. Recommend retesting in _____ months.

*W Jean Dodds, DVM*

| Adult Optimal Levels | T4 2-4 $\mu$g/dl | FT4 1-3 ng/dl | T4AA < 2.0 |
| --- | --- | --- | --- |
| | T3 50-150 ng/dl | FT3 3-8 pg/ml | T3AA < 2.0 |

☐   Thyroid levels are below minimal expectations for a healthy performance adult (at least 1.5 $\mu$g/dl for T4 and 1.0 ng/dl for FT4).

☐   Thyroid levels are too low. Recommend 6-8 weeks of Soloxine® or equivalent product at 0.1mg per _____ lbs twice daily (e.g. _____ mg BID) is recommended, followed by retesting thyroid profile 4-6 hours post-pill to monitor response levels.

☐   If clinical signs support thyroid dysfunction, a 6-8 week trial of Soloxine® or equivalent product at 0.1mg per _____ lbs twice daily (e.g. _____ mg BID) is recommended, followed by retesting thyroid profile 4-6 hours post-pill to monitor response levels.

☐   Optimal therapeutic response levels should be in the upper 1/3 to 25% above the upper limits of the resting optimal ranges at 4-6 hours post-BID thyroid medication.

*W Jean Dodds, DVM*

| Adult Optimal Levels | T4 2-4 $\mu$g/dl | FT4 1-3 ng/dl | T4AA < 2.0 |
| --- | --- | --- | --- |
| | T3 50-150 ng/dl | FT3 3-8 pg/ml | T3AA < 2.0 |

☐   These results confirm autoimmune thyroiditis, the heritable form of canine thyroid disease. Elevated levels of T3AA and/or T4AA cause <u>spurious</u> elevations in T3/FT3 and/or T4/FT4 because these circulating autoantibodies interfere with laboratory tests of thyroid analytes. The lymphocytic infiltration and gradual destruction of thyroid tissue progresses to end-stage hypothyroidism, as determined by the clinical signs and low T4 and/or FT4 values referable to

*FIG. 15A*



thyroid disease. Recommend 6-12 weeks of Soloxine ® or equivalent product at 0.1 mg per _____lbs twice daily (e.g. _____ mg BID). Retest thyroid profile drawing the sample 4-6 hours post-pill (to reassess levels which should be upper 1/3 to 25% above the resting ranges, and see if thyroid AA levels are waning).

☐   Elevated levels of thyroglobulin autoantibodies are diagnostic of lymphocytic thyroiditis.

☐   As autoimmune thyroiditis is the heritable form of canine thyroid disease, we do NOT recommend using this dog for breeding.

*W Jean Dodds, DVM*

**Von Willebrand Disease**

☐   vWF: Ag level is normal.

☐   vWF: Ag level is probably normal.  You may elect to retest this dog at some later date to confirm status.

☐   vWF:Ag level is borderline normal (equivocal) indicating that the dog may be a carrier of von Willebrand disease (vWD).  What do we know about the vWD status of the parents? Recommend retesting or breeding this dog only to mates with normal vWF:Ag levels (>70%), and checking their pups.

☐   vWF:Ag level is abnormal indicating that the dog is a carrier of vWD.  What do we know about the vWD status of the parents?  Recommend breeding only to mates with normal   vWF:Ag levels of (>70%), and checking their pups.

☐   vWF:Ag level is low and this patient has clinical signs of a bleeding tendency, indicating   presence of vWD (affected animal).  We do not recommend using the animal for breeding. Please contact us if we can help with advice and/or blood products to treat the dog  (HEMOPET blood bank # 949-252-8455).

*W Jean Dodds, DVM*

**Vaccine Titer Serology**

☐   Serologic/vaccine titers for distemper and parvovirus show adequate humoral immunity indicating that this dog should respond with a boosted anamnestic response to afford protection against these agents upon exposure.

☐   Recheck serologic/vaccine titers annually.

## FIG. 15B

☐     Serologic/vaccine titers show humoral immunity for distemper and parvovirus of <u>less than optimal</u> levels.  This <u>may</u> mean that the dog is less than adequately protected against these agents in the event of exposure.

☐     Recommend booster vaccination for distemper and parvovirus.  Recheck titers again after at least 3 weeks or assume that humoral immunity has been boosted appropriately.

☐     Consider booster vaccination for distemper and parvovirus unless the dog has history of adverse vaccine reaction, immune-mediated disease, or some other immune dysfunction.

☐     Minimize risk for exposure to infectious diseases by avoiding areas where many animal congregate or exercise etc.

*W. Jean Dodds, DVM*

## FIG.  15C

US 7,865,343 B2

1

## METHOD OF ANALYZING NUTRITION FOR A CANINE OR FELINE ANIMAL

### RELATED APPLICATION

This application is a divisional of application Ser. No. 10/635,707, filed Aug. 5, 2003, now issued U.S. Pat. No. 7,548,839, which is a continuation-in-part of and relates to application Ser. No. 09/419,192, filed Oct. 15, 1999, now issued U.S. Pat. No. 6,730,023, and also application Ser. No. 09/432,851 filed Nov. 2, 1999 now issued U.S. Pat. No. 6,287, 254. This Application also relates to Provisional Application No. 60/403,203, filed Aug. 12, 2002. The contents of all those applications are incorporated by reference herein.

### BACKGROUND

1. Field

This disclosure is concerned with animal health diagnosis. More particularly, the disclosure is directed to the testing, diagnosis and prediction of diseases and disorders of animal companions, for instance dogs and cats.

Further this disclosure relates to a method, system and apparatus for the management of comprehensive and cumulative genetic and health assessment databases in relation to animals worldwide. In particular, the disclosure relates to a bioinformatics system and its implementation in relation to animal biological data.

More specifically the disclosure is directed to animal health care, well-being and nutrition, and methods and systems for enhanced determination of these factors.

2. General Background

There is a need for a new database management bioinformatics scheme and relational database, together with computerized networks that manage, analyze, and/or integrate comprehensive and cumulative animal health assessment data and genetic identifier, genomic mapping, and genetic assessment data. A comprehensive approach to animal health and genetic selection or management of animals, and their clinical care is the subject of the present disclosure.

Current laboratory and research systems and computerization have not achieved this, nor have communication protocols been used effectively in this technological area to facilitate such a relationship or relational bioinformatics database system for management and dissemination of this comprehensive and cumulative information.

More specifically, it is necessary in animal health diagnosis and care that appropriate predictive testing for diseases and disorders of animals be achieved in order to reduce morbidity and mortality, and improve the quality of life and lifespan. Currently this is not done in relation to the health assessment data of an animal together with the genetic data related to that same animal. Current tests do not provide as much data as possible to attain correct diagnosis and disorder predictions with the net result of an improvement in the quality of life and increased longevity.

More so, currently available testing is unnecessarily complex and expensive in relation to the ability to be an accurate predictor of diseases and disorders in animals, and hence their likely longevity.

Additionally there is a difficulty of easily obtaining, reading, diagnosing and reporting to clients the diagnosis in a fast and effective means. Many systems are too complicated and have been premised on the basis of total automation. There is a need for permitting the effective human interaction in computerized data for achieving effective diagnosis, and reporting of that diagnosis in a user-friendly manner.

2

### SUMMARY

The disclosure is directed to a method, apparatus and system of obtaining, analyzing and reporting laboratory test data in relation to the health assessment data of an animal together with the genetic data related to that same animal.

The disclosure also provides a bioinformatics system for inputting, controlling, analyzing and outputting of a broad range of criteria related to the health, genetic background and longevity of animals. This includes a system concerning phenotype data and genetic data relating to animals. Further, there is provided a system for screening of genetic data and genomic mapping, and integrating the phenotype health assessment data and genetic identifier and assessment data in a computerized data processing resource ("CDPR"). Moreover, there is provided a system for analyzing the health assessment or phenotypic data with the interrelated genetic or genotypic data. Thereafter, those data and analyses are communicated from the CDPR in a broad range and in a manner that has not previously been possible.

The present disclosure offers a unique solution to above-described problems by providing an apparatus, method and system, in relation to animals, for performing data analyses of biological specimens from specific subject animals or animal groups in relation to specific subject animal or animal groups of genetic data. The apparatus, method and system comprises a controller for obtaining, inputting, and analyzing biological, physiological, and pathological test data together with genomic mapping and genetic screening data into the CDPR.

The biological, physiological, and pathological data of the subject animal or animal group and the genetic data of the subject animal or animal group are communicated to a remote user as raw data or as related, analyzed biological, physiological, and pathological data and genetic data. The remote user can also appropriately access the CDPR to input data to, or obtain data from, the CDPR.

According to a further aspect of the disclosure there is a dynamic method and system of managing the health care and well-being of a non-livestock pet animal subject.

A computer is at least one of an expert system or interrelationship program or network for determining data base and data relationships. This can be a system such as a neural network, or other statistical sampling systems and networks.

The disclosure also includes the step of reporting the determination of the health care, well-being, nutrition or other therapeutic requirements and suggestions or health on a communications network including the Internet. Preferably, there is a payment procedure for the report which is achieved through the Internet. This communication network and structure is described here in further detail.

There is provided means for inputting data into databases, storing the data in these databases, analyzing the data in a relational sense from the different databases, and retrieving the data from these databases, namely the databases which are part of the CDPR.

A further aspect of the disclosure is the accessibility of the health assessment database and/or genetic database or other databases of the CDPR by the remote user selected on the basis of password, security control, and financial payment such that the data can be transmitted into and from the CDPR by a computer network. Use of selected passwords, encryption systems, and payment systems are employed to facilitate and restrict the flow of data in and/or out of the databases.

US 7,865,343 B2

3

Alerts can be set up to advise of attempts at unauthorized access to the CDPR. The computer network may conveniently include the Internet.

As required, the data in the CDPR can also be distributed to multiple authorized remote parties, namely third parties for research or other analysis. The disclosure also includes a method and system for achieving this.

A diagnosis of the health of an animal is obtained through a combination of computerized data analysis, and human interpretation. Data relates to the physical characteristics of the animal, and includes data obtained from a physical inspection of the animal. A blood or other fluid sample is used to obtain a computer generated laboratory analysis. This is reported through an internet network to specialist for analysis by a specialist clinical pathologist. The clinical pathologist has the data relating to the physical characteristics, and thereby makes a diagnosis of the animal 's overall health status.

A drop-down menu on a computer screen provides supplemental reports to support the diagnosis. This supplemental report can be generated electronically as determined by criteria pre-selected by a specialist which matches the analysis and the data relating to the physical characteristics

This can be enhanced by further input from the specialist pathologist through an entry, selectively a keyboard entry, into the computer to obtain an integrated computer report having the laboratory analysis, supplemental report, and selectively, an enhanced report. Oral input to a computer through voice recognition software may be effective in developing the enhanced report. The integrated or enhanced report is electronically or otherwise communicated to a remotely located client.

In one preferred form of the disclosure, the laboratory analytical report is reported in a first computer program and the drop down-menu is in a second computer program. The data from the first computer program is transferred to the second computer program.

The electronic communication to the client is selectively by e-mail or fax, and the second computer program includes a utility to transmit the integrated report from the second program through the utility.

In the system using a drop-own menu, the drop-down menu is contained in a tool bar supplementing an application, selectively a word processing program. Computer program applications other than word processing applications may be the basis for the supplemental report. The tool bar includes icons defining predetermined supplemental report characteristics, and selected icons may be used by the clinical pathologist to supplement the laboratory analytical report. The icons can be grouped for animal characteristics dependant on age and sex. Alternatively or additionally, the icons are grouped for animal characteristics dependant upon animal grouping. Alternatively or additionally, the icons are grouped for selected disease states, examples of the states being selectively thyroid disease, behavior, autoimmune disease, and cancer. The icons also can be grouped for selected levels of immunity from infectious disease, that being the titer of immunity from the disease causing agent (s) in the animal, and therefore the need for vaccination of the animal against the disease.

The menu, represented by the icons, which define predetermined supplemental report characteristics, are selected to be used by the clinical pathologist to supplement the laboratory analytical report, whether the supplemental report is generated automatically by computer or by manual input from the specialist. The menu can be grouped for animal characteristics dependant on age and sex. Alternatively or additionally, the menu is grouped for animal characteristics

4

dependant on animal grouping. Alternatively or additionally, the menu is grouped for selected disease states, examples of the states being selectively thyroid disease, behavior, autoimmune disease, and cancer. The menu also can be grouped for selected levels of immunity from infectious disease, that being the titer of immunity from the disease agent(s) in the animal, and therefore the need for vaccination of the animal against the disease.

The data includes a panel of tests related to at least one of endocrine function, immunologic function, gastrointestinal function and nutritional analysis, inborn errors of metabolism, paternity, DNA fingerprinting, hemostasis and coagulation function, vaccinal antibody status, adverse and potential adverse vaccine reaction, infectious diseases, pathology, blood typing and bone marrow analysis, cell cytotoxicity, cytokine and allergy testing, and markers of neoplastic and paraneoplastic change. These data are relevant to the likely morbidity, likely longevity, and/or the potential risk for disease or disorder for the animal.

A method and system of obtaining and electronically delivering an assessment of the thyroid function of an animal is achieved through a combination of computerized data and human interpretation related to the animal. Data relating to the physical characteristics of the animal is obtained, the data being from at least one of a physical inspection of the animal, family and breed history, and the data submitted to a clinical pathologist. A blood or other body fluid sample from the animal is submitted for laboratory analysis of the total T4, total T3, free T4, free T3, T3 autoantibody, T4 autoantibody and thyroglobulin autoantibody. Endogenous TSH also can be measured.

A computer generated report of the laboratory analysis is obtained, and reported through a network, selectively an internet network, to a clinical pathologist. The clinical pathologist has the data relating to the physical, and family and breed history characteristics, and makes a first assessment off the thyroid function of the animal. From a drop-down menu on a computer screen a supplemental report to support the assessment is generated. This can be selectively enhanced by a further input from the pathologist through data, through entry, selectively keyboard entry, into the computer. The assessment is dependant on animal grouping and/or on animal age and sex.

An integrated computer report having the laboratory analysis, supplemental report, and an selectively enhanced report is communicated to a remotely located client, such communicating being electronic.

According to a further aspect of the disclosure, data includes characteristics related to autoimmune thyroiditis of the animal. Biological laboratory test data from a bodily fluid or tissue of an animal are analyzed. The test data relate to a physiologic or genetic marker for autoimmune thyroiditis of the animal. The data relates to at least one of the results of a comprehensive thyroid autoantibody test profile, DNA fingerprint (the gene map), and markers for immunoglobulin receptors on B-cells, T-cell receptors, and protein products of the major histocompatibility complex (MHC) genes (Class I and II allelic HLA, DLA or equivalent antigenic specificities) of the animal. Example assays to screen for MHC genes include restriction fragment length polymorphism (RFLP), polymerase chain reaction (PCR) RFLP, PCR sequence-specific oligonucleotides (SSO) and PCR sequence-specific primers (SSP). The values should fall within predetermined levels as a determinant of autoimmune thyroiditis.

According to a further aspect of the disclosure, the data includes characteristics related to the tissue environment of the eye and brain (ocular and blood-brain barrier) which are