# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HEMOPET,

    Plaintiff,

  v.

HILL'S PET NUTRITION, INC.,

    Defendant.

Case No.: SACV 12-01908-JLS (JPRx)

**JUDGMENT**

Honorable Josephine L. Staton

      The Court, having considered Defendant Hill's Pet Nutrition, Inc. Motion for Summary Judgment (Doc. 93), the arguments and evidence presented in the moving, opposition and reply papers and at oral argument, and a decision granting Defendant's Motion for Summary Judgment having been duly rendered on November 24, 2014 (Doc. 119), deciding that claims 1 and 2 of U.S. Patent No. 7,865,343, claims 1, 2, 9, and 10 of U.S. Patent No. 8,060,354, claim 1 of U.S. Patent 8,234,099, and claims 1 and 8 of U.S. Patent No. 8,224,587 are invalid under 35 U.S.C. § 101:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is entered in favor of Defendant Hill's Pet Nutrition, Inc.

Dated:  January 15, 2015

**SO ORDERED:**

_____
Honorable Josephine L. Staton
United States District Judge