MARC M. SELTZER (54534)
FRANCES S. LEWIS (291055)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
flewis@susmangodfrey.com

JOSEPH S. GRINSTEIN (*pro hac vice*)
JOHN P. LAHAD (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jgrinstein@susmangodfrey.com
jlahad@susmangodfrey.com

Attorneys for Plaintiff Hemopet

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| HEMOPET,<br><br>    Plaintiff,<br><br>vs.<br><br>HILL'S PET NUTRITION, INC.,<br><br>    Defendant. | Case No. SACV12-01908 JLS (JPRx)<br><br>AMENDED NOTICE OF APPEAL |

3504662v1/013345      1

Plaintiff-Appellant Hemopet respectfully submits this amended notice of its appeal to the United States Court of Appeals for the Federal Circuit from the district court's November 24, 2014 Order Granting Defendant's Motion for Summary Judgment (Dkt. 119) and the district court's January 15, 2015, entry of separate Judgment (Dkt. 125).

This notice of appeal is timely under Federal Rule of Appellate Procedure 4(a)(1)(A) because it is "filed with the district clerk within 30 days after entry of the judgment or order appealed from."

Hemopet previously submitted the required filing fee of $505 and requested the district clerk to prepare the record on appeal pursuant to Federal Rule of Appellate Procedure 10(a) in connection with its original Notice of Appeal. (Dkt. 122). Hemopet has already ordered from the reporter a transcript of such part of the proceedings not already on file as the appellant considers necessary, as required by Federal Rule of Appellate Procedure 10(b)(1)(A). (Dkt. 123). The Federal Circuit has docketed this appeal as Case No. 15-1218.

Dated: January 22, 2015

MARC M. SELTZER
FRANCES S. LEWIS
JOSEPH S. GRINSTEIN
JOHN P. LAHAD
SUSMAN GODFREY L.L.P.

By: */s/Frances S. Lewis*
    Frances S. Lewis
    Attorneys for Plaintiff Hemopet

3504662v1/013345